JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO JIMENEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>SWARAN SINGH d/b/a PARK VIEW MARKET; and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No. **8:18-cv-00242-AG (JDEx)**<br>Assigned to Hon. Andrew J. Guilford<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

Based on the stipulation of the parties and for good cause shown:

IT IS HEREBY ORDERED that the entire action be dismissed with prejudice, both sides to bear their own fees and costs.

SO ORDERED.

DATED: March 14, 2019

_____
United States District Court Judge